IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION

CRIMINAL NO. 1:09CR23

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| VS. | ) | **O R D E R** |
| | ) | |
| KENNETH LEE GARDNER | ) | |

**THIS MATTER** is before the Court on Defendant's *pro se* appeal of the Magistrate Judge's oral order denying bond and ordering him detained pending plea/trial.

Because the Defendant is currently represented by counsel, his *pro se* motions will be summarily denied. **United States v. D'Amario, 2008 WL 624768 at *1, 2008 U.S. App. LEXIS 5079 at *4 (3d Cir. 2008) (holding that district courts are not obligated to consider *pro se* motions from a defendant who is represented by counsel because "[t]he Constitution does not confer a right to proceed simultaneously**

**by counsel and *pro se*").** The Defendant is instructed to communicate with the Court only through his attorney.[1]

**IT IS, THEREFORE, ORDERED** that Defendant's *pro se* appeal of the Magistrate Judge's detention order is hereby **DENIED**.

Signed: May 13, 2009

Lacy H. Thornburg
United States District Judge

---

[1] At the bond hearing held May 6, 2009, Defendant was admonished by the Magistrate Judge to refrain from filing frivolous *pro se* motions and to bring matters to the Court's attention <u>only</u> through his attorney.