UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | DOCKET NO. 1:09CR23 |
| | ) | |
| vs. | ) | **ORDER FOR DISMISSAL** |
| | ) | |
| 5)KENNETH LEE GARDNER | ) | |

**THIS MATTER** is before the Court on motion of the Government to dismiss the Bill of Indictment, as it relates to **KENNETH LEE GARDNER** only, without prejudice.

For the reasons stated in the motion and for cause shown,

**IT IS, THEREFORE, ORDERED** that the Government's motion is **ALLOWED**, and the indictment herein, as it relates to **KENNETH LEE GARDNER** only, is hereby **DISMISSED WITHOUT PREJUDICE.**

The Clerk is directed to transmit this Order electronically to Defendant's counsel, the United States Attorney, the United States Probation Officer, and to the United States Marshal.

Signed: July 31, 2009

Lacy H. Thornburg
United States District Judge